**Opinion issued October 18, 2012.**



In The

# Court of Appeals

### For The

## First District of Texas

———————————————

## NO. 01-12-00629-CR

———————————————

## IN RE MATHEW DUPREE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Mathew Dupree, moves this Court to dismiss his petition for writ of mandamus as moot based on trial court actions that transpired after he filed the petition.[1]

---

[1] The underlying case is *The State of Texas v. Mathew Franklin Dupree*, Case No. 1342643; In the 248th District Court of Harris County, The Honorable Joan Campbell, presiding.

We **grant** the motion and **dismiss** Dupree's petition for writ of mandamus as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).